## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF GEORGIA
## BRUNSWICK DIVISION

PHILIP N. JOHNSON,                      :

      Plaintiff,                        :

  vs.                                  :     CIVIL ACTION NO.: CV205-223

HARLEY LAPPIN; R.E. HOLT;              :
Warden R. WILEY; Warden D. L.          :
HOBBS; Officer HUMPHREY;               :
Lt. WHITE; SCOTT SCHLEDER;             :
Lt. B. RULEY; Nurse S. NANOY,          :
and Lt. J. ARNETT,                     :

      Defendants.                       :

## O R D E R

     Let a copy of this Report and Recommendation be served upon the parties. The parties will be allowed ten (10) days from the date of service of this Report and Recommendation to file objections. If no objections are made, this Report and Recommendation will be adopted as a record of the proceedings and may become the opinion and order of the Court. Nettles v. Wainwright, 677 F.2d 404 (5th Cir. Unit B 1982).

     All requests for additional time to file any objections to this Report and Recommendation should be filed with the Clerk for consideration by the undersigned.

     The Clerk of Court is directed to submit the Report and Recommendation with objections, if any, on or before the ___27___ day of ___December___, 2005.

     **SO ORDERED**, this ___6___ day of December, 2005.

                               JAMES E. GRAHAM
                               UNITED STATES MAGISTRATE JUDGE