AO 450 (GAS Rev 10/03) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

PHILIP N. JOHNSON

JUDGMENT IN A CIVIL CASE

V.

CASE NUMBER: CV205-223

HARLEY LAPPIN; R.E. HOLT;
WARDEN R. WILEY; WARDEN D.L.
HOBBS, OFFICER HUMPHREY, ETAL

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with the Court's Order dated January 6, 2006, adopting the Report and Recommendation of the Magistrate Judge; judgment of dismissal is hereby entered and this case stands dismissed.

EOD 1/6/06

JANUARY 6, 2006
Date

Scott L. Poff
Clerk

(By) Deputy Clerk

GAS Rev 10/1/03